**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-CV-1529-WYD-NYW

ESTHER L. SANTISTEVEN,

Plaintiff,

v.

TARGET CORPORATION,

Defendant.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

IT IS ORDERED that a Scheduling Conference is set for **August 25, 2015 at 10:30 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: July 31, 2015                              BY THE COURT:

                                                  s/Nina Y. Wang_____
                                                  United States Magistrate Judge