IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01529-WYD-NYW

ESTHER L. SANTISTEVAN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## ORDER

Magistrate Judge Nina Y. Wang

This civil action comes before the court on Defendant's Unopposed Motion for Independent Medical Examination of the Plaintiff. [#17, filed December 3, 2015]. This matter was referred to the undersigned Magistrate Judge pursuant to the Order Referring Case dated July 28, 2015 [#10] and the memorandum dated December 3, 2015 [#18].

IT IS ORDERED:

1. Defendant's Unopposed Motion for Independent Medical Examination of the Plaintiff [#17] is **GRANTED**; and

2. Plaintiff shall undergo a physical examination by Dr. Wallace K. Larson, M.D., on Wednesday, **December 23, 2015 at 3:30 p.m**. at Dr. Wallace's office, located at Front Range Orthopaedics, 4105 Briargate Parkway, Suite 300, Colorado Springs, CO 80920.

DATED: December 4, 2015        BY THE COURT:

                                              s/Nina Y. Wang
                                              United States Magistrate Judge