IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01529-WYD-NYW

ESTHER L. SANTISTEVEN,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 33).  After a careful review of the motion, I find that it should be granted pursuant to Fed. R. Civ. P. 41(a).  Accordingly, all claims asserted in this case are hereby dismissed, and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own attorney fees and costs.

    Dated:  March 21, 2016

                                      BY THE COURT:

                                      */s/ Wiley Y. Daniel*
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE